UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID DEE                                              CIVIL ACTION

VERSUS                                                 NO. 16-254

BURL CAIN                                              SECTION: "I"(1)

# O R D E R

The United States Magistrate Judge has submitted a Report and Recommendation in this matter, and petitioner has filed objections thereto.  After carefully considering petitioner's objections, the Court finds that they have no merit for the following reasons.

The Magistrate Judge recommended that petitioner's federal application be dismissed as untimely.  In his objections, petitioner argues that his untimely filing should be excused due to problems he experienced in attempting to access legal services while confined in administrative segregation.  Specifically, he contends that after he was denied post-conviction relief by the state district court on May 5, 2014, the restrictions resulting from his confinement impeded his efforts to seek supervisory review of that denial in a timely manner.

However, even if the Court accepts petitioner's contentions as true for the purposes of this opinion, the difficulties he experienced during that period had no effect on the timeliness of his federal application.  On the contrary, the Magistrate Judge had already concluded that the federal limitations period was tolled for the *entire duration of the state post-conviction proceedings*, from the date the post-conviction application was filed in the state district court on April 10, 2014, until the Louisiana Supreme Court ultimately denied relief on September 18, 2015.  Therefore, the purported difficulties petitioner experienced during that period would not entitle him to any additional tolling.

Further, as the Magistrate Judge explained, once the state post-conviction proceedings concluded, petitioner still had one hundred days (almost one-third of the entire federal limitations period) in which to file his federal application. Petitioner has failed to show that the conditions of his confinement during that extended period were such that he was unduly impeded in his ability to seek federal relief in a timely manner.

Therefore, the Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by David Dee is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __28th__ day of __April__, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**